UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JOHN R. ZEMATER, JR. | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | Case No.: 2022-cv-06712 |
| | ) | |
| PUBLIC ACTION TO DELIVER | ) | Honorable Jeremy C. Daniel |
| SHELTER INC. d/b/a HESED HOUSE, | ) | Magistrate Judge Harjani |
| | ) | |
| *Defendant.* | ) | |

**DEFENDANT'S REPLY IN SUPPORT OF ITS
MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**

Defendant, PUBLIC ACTION TO DELIVER SHELTER INC. d/b/a HESED HOUSE ("Hesed House"), by its attorneys, Howard T. Trafman and Haley M. Loutfy of Lindsay, Pickett & Postel, LLC, and for its reply in support of its Motion to Dismiss Plaintiff's First Amended Complaint, pursuant to Rule of Civil Procedure 12(b)(6), states as follows:

Defendant stands on its Motion to Dismiss Plaintiff's First Amended Complaint and its Memorandum of Law in Support of its Motion to Dismiss Plaintiff's First Amended Complaint. In short, Plaintiff's Response to Defendant's Motion to Dismiss Plaintiff's First Amended Complaint is devoid of legal authority and admissible evidence. Plaintiff does almost nothing to address the legal arguments and case law cited by Defendant in support of its Motion to Dismiss Plaintiff's First Amended Complaint. Plaintiff simply concludes that because the facts of the cited case law do not resemble the specific facts of the case at bar, "it is clear that all the Case Law that the Defendant has cited does not apply to this instant case and does not control in this instant case." [Dkt. 56, ¶ 6]. Plaintiff is incorrect and fails to address the holdings of the various cases.

As a result of the above, Defendant respectfully requests this Court to dismiss this action, in its entirety, with prejudice, pursuant to Federal Rule of Civil Procedure 12(b)(6) and other relief as this Court deems necessary and proper.

>Respectfully submitted:
>
>By: /s/ *Howard Trafman*
>One of the Attorneys for Defendant

Howard T. Trafman
ARDC No.: 6231356
htrafman@lpplawfirm.com
Haley M. Loutfy
ARDC No.: 6330052
hloutfy@lpplawfirm.com
**LINDSAY, PICKETT & POSTEL, LLC**
200 W. Madison Street, Suite 3800
Chicago, IL 60606